# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-2615

_____

Fred Haywood

*Petitioner - Appellant*

v.

C.V. Rivera, Warden, FCI-Forrest City Medium

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: January 30, 2017
Filed: January 30, 2017
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Fred Haywood appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Upon careful de novo review, see Flowers v. Anderson, 661 F.3d 977, 980 (8th Cir. 2011), we conclude the action was properly dismissed for the reasons stated in the district court's order. Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).